## ORDER

In the Matter of EDWIN B. BORISON, an attorney at law.

May 12, 1987.  This matter having been duly considered by the Court, it is ORDERED that EDWIN R. BORISON, of OKLAHOMA CITY, OKLAHOMA, who was admitted to the bar of this State in 1965, be restored to the practice of law, effective immediately.

## ORDER

In the Matter of STEVEN S. EZON, an attorney at law.

May 12, 1987.  STEVEN S. EZON of EAST BRUNSWICK, who was admitted to the bar of this State in 1977, having tendered his consent to a disbarment as an attorney at law of the State of New Jersey, and good cause appearing;

It is ORDERED that STEVEN S. EZON of EAST BRUNSWICK is disbarred by consent, effective immediately; and it is further

ORDERED that respondent's name be stricken from the roll of attorneys and that he be permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent continue to comply with Administrative Guideline No. 23 of the Office of Attorney Ethics dealing with suspended and disbarred attorneys.